**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED
May 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| LUIS MARTIN HERNANDEZ, § | |
| **Plaintiff,** § | |
| v. § | CIVIL NO. SA-23-CV-01539-OLG |
| JORDAN CARRIERS, INC. AND § JATRAVIOUS GERMAINE TISDOM, § | |
| **Defendants.** § | |

## DISMISSAL ORDER

Before the Court is the status of the above-captioned action, which Plaintiff initiated on December 19, 2023 (s*ee* Dkt. No. 1). To date, there is no indication in the record that either defendant has been served. The Court issued a Show Cause Order on May 14, 2024, instructing Plaintiff to show cause within fourteen days why the claims against the unserved defendants should not be dismissed for failure to timely and properly serve the defendants. (Dkt. No. 3 (citing FED. R. CIV. P. 4(m).) Plaintiff did not file a response, and the time to do so has passed.

It is therefore **ORDERED** that—pursuant to FED. R. CIV. P. 4(m), FED. R. CIV. P. 41(b), and the Court's Show Cause Order (Dkt. No. 3)—Plaintiff's claims against Defendants Jordan Carriers, Inc. and Jatravious Germaine Tisdom are hereby **DISMISSED WITHOUT PREJUDICE** for failure to timely serve, failure to prosecute, and failure to comply with a Court order.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 29th day of May, 2024.

_____
ORLANDO L. GARCIA
United States District Judge